## STATE

v.

## Janet WALSH et al.

### No. 78–400–C.A.

Supreme Court of Rhode Island.

March 13, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Spec. Asst. Atty. Gen., Chief Appellate Division, for plaintiff.

James Cardono, Pawtucket, for defendant Janet Walsh.

## ORDER

The motion of James Cardono to withdraw as counsel for the defendant is denied. His motion to prosecute this appeal as appointed counsel for an indigent defendant is granted. Counsel for the defendant and the state are directed to inquire into the whereabouts of defendant Janet Walsh, with the assistance of defendant's surety if necessary, and to promptly report the results of their inquiry to this court.

■

## Ralph DeFUSCO

v.

## Helene P. DeFUSCO.

### No. 79–387–A.

Supreme Court of Rhode Island.

March 20, 1980.

Harold I. Kessler, Providence, for petitioner.

Temkin, Merolla & Zurier, Ltd., Amedeo C. Merolla, Providence, for respondent.

## ORDER

The motion of petitioner Ralph DeFusco to remand this case to the Family Court is granted without prejudice to the right of respondent to raise below her objection to proceeding with the hearing on the merits while the instant appeal is pending. Upon conclusion of the hearing on the merits, or upon a determination by the Family Court that said hearing should not proceed until this appeal is completed, the papers herein shall be returned to this court forthwith.